THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN STAUDNER., <br><br> Plaintiff, <br><br> v. <br><br> MANSON CONSTRUCTION CO., *et al.*, <br><br> Defendants. | CASE NO. C23-1110-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 49). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without costs or fees to any party. The Clerk is DIRECTED to close this case.

DATED this 4th day of October 2024.

Ravi Subramanian<br>Clerk of Court<br><br>s/Kathleen Albert<br>Deputy Clerk